GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:  (415) 543-4800
Facsimile:  (415) 972-6301
Email:  gweickhardt@rmkb.com
        wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AURELIO T. DAMIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.; MANN BRACKEN, LLC; DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO.  **C 08 04034 SBA**<br><br>**PROOF OF SERVICE** |

RC1/5172411.1/DJ1                    - 1 -
PROOF OF SERVICE

| | |
|---|---|
| CASE NAME: | Damian v. Chase Bank USA, N.A., et al. |
| ACTION NO.: | C 08-04034 SBA |

☒ First Class Mail   ☐ Facsimile   ☐ Messenger Service

☐ Overnight Delivery   ☐ E-Mail/Electronic Delivery

1. At the time of service I was over 18 years of age and not a party to this action and a Citizen of the United States.

2. My business address is 201 Spear St., Suite 1000, San Francisco, California 94105.

3. On August 26, 2008, I served the following documents:

> **NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
>
> **CERTIFICATION OF INTERESTED PARTIES OR PERSONS**
>
> **CIVIL COVER SHEET**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

*Attorneys for plaintiff*
Irving L. Berg, Esq.
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925
Tel: (415) 924-0742
Fax: (415) 891-8208
E-mail: irvberg@comcast.net

*Attorneys for Mann Bracken, LLC*
Mark E. Ellis, Esq.
Andrew M. Steinheimer, Esq.
Darrell W. Spence, Esq.
ELLIS, COLEMAN, POIRIER, LAVOIE & STEINHEIMER LLP
555 University Ave., Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820; Fax: (916) 283-8821

5. I served the documents by the following means:

   a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

   c. ☐ By messenger: I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a messenger for service. (Separate declaration of personal service to be provided by the messenger.)

RCI/5171687.1/MB6                                                                                   PROOF OF SERVICE

    d. ☐ **By fax transmission:** Based on an agreement between the parties and in conformance with Fed. Rules Civ. Proc. rule 5, and/or as a courtesy, I faxed the documents to the persons at the fax numbers listed in item 4. (Separate Proof of Transmission by Fax to be provided.)

    e. ☐ **By email or electronic transmission:** Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Date: August 26, 2008

| Denise Jackson | /s/ Denise Jackson |
|---|---|
| Type Name | Signature |

RC1/5171687.1/MB6      - 2 -      PROOF OF SERVICE