GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA  94105
Telephone:	(415) 543-4800
Facsimile:	(415) 972-6301
Email:	gweickhardt@rmkb.com
	wkrog@rmkb.com

Attorneys for Defendant and Counterclaimant
CHASE BANK, USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIO T. DAMIAN, an individual,<br><br>           Plaintiff,<br><br>    v.<br><br>CHASE BANK USA, N.A., MANN BRACKEN, LLC; DOES 1 THROUGH 10,<br><br>           Defendants. | CASE NO.  C 08-04034 SBA<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |
| CHASE BANK USA, N.A.,<br><br>           Counterclaimant,<br><br>    v.<br><br>AURELIO T. DAMIAN,<br><br>           Counter-defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   The parties having stipulated,

2   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the complaint filed by
3   Aurelio T. Damian against defendant Chase Bank USA, N.A., is DISMISSED with prejudice,
4   each party to bear its own costs and attorney's fees.

6   Dated: May 4, 2009

_____
THE HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco