GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
wkrog@rmkb.com

Attorneys for Defendant and Counterclaimant
CHASE BANK, USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIO T. DAMIAN, an individual,<br><br>       Plaintiff,<br><br>    v.<br><br>CHASE BANK USA, N.A., MANN BRACKEN, LLC; DOES 1 THROUGH 10,<br><br>       Defendants. | CASE NO. C 08-04034 SBA<br><br>**JUDGMENT** |
| CHASE BANK USA, N.A.,<br><br>       Counterclaimant,<br><br>    v.<br><br>AURELIO T. DAMIAN,<br><br>       Counter-defendant. | |

The parties having stipulated,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of counterclaimant Chase Bank USA, N.A. and against counterdefendant Aurelio T. Damian in the amount of $5,391.25, post-judgment plus interest at the rate of 10% per annum beginning on the date judgment is entered.

RC1/5274007.1/WK1                                                                                                                JUDGMENT

1   Dated: May 4, 2009

                              *Saundra B Armstrong*
2                          THE HON. SAUNDRA BROWN ARMSTRONG
                        United States District Judge

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

RC1/5274007.1/WK1        - 2 -        JUDGMENT